

Two Commerce Square, 2001 Market Street
Suite 1700
Philadelphia, PA  19103
215.299.2000   215.299.2150
WWW.FOXROTHSCHILD.COM

THEODORE H. JOBES
Direct No: 215.299.2786
Email: tjobes@foxrothschild.com

March 6, 2025

**VIA E-MAIL (**Chambers_of_Judge_Pappert@paed.uscourts.gov**) and ECF**

Honorable Gerald J. Pappert
United States District Judge
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *ACSB Entertainment LLC, et al. v. Showboat Properties LLC, et al.*,
      U.S.D.C., E.D.Pa., Civil Action No. 2:25-cv-00760-GJP

Dear Judge Pappert:

This Firm represents plaintiffs ACSB Entertainment LLC and ACSB Hospitality LLC in the above-referenced matter.

On February 12, 2025, plaintiffs filed a complaint in confession of judgment and supporting documents against defendants ACSB Restaurant LLC, Bart Blatstein, Premier Lite Tower LLC, and Showboat Properties LLC (ECF No. 1). On February 27, 2025, all parties entered into a stipulation (ECF No. 7) relating to acceptance of service of the complaint in confession of judgment and supporting documents, which stipulation was entered and approved by the Court that same day (ECF No. 8). The stipulation included the following: "Defendants shall move to strike and/or open a confessed judgment in this matter within thirty (30) days of the entry and service of such confessed judgment." This language is consistent with the Pennsylvania procedural rules governing entry of confessed judgments and petitions to strike and/or open such judgments. *See* Pa. R. Civ. P. 2956; Pa. R. Civ. P. 2959(a)(3).

We respectfully request that the Court enter the confessed judgment contained in ECF No. 1 so that the time for defendants to move to strike and or open the judgment can commence.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington



Honorable Gerald J. Pappert
March 6, 2025
Page 2


Thank you for your consideration.

Respectfully,

*/s/ Theodore H. Jobes*

Theodore H. Jobes

cc:   John F. Palladino, Esquire (via e-mail)
      Evan M. Labov, Esquire (via e-mail)