IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACSB ENTERTAINMENT LLC, ACSB HOSPITALITY LLC | : | |
| v. | : | NO. 25-cv-760 |
| SHOWBOAT PROPERTIES LLC, PREMIER LITE TOWER LLC, BART BLATSTEIN, ACSB RESTAURANT LLC | : | |

## JUDGMENT

BEFORE PAPPERT, J.

AND NOW, to wit, this 7TH day of March, 2025, in accordance with confessions of judgment and averment of default, filed this day, judgment by confession is hereby entered in favor of plaintiffs' and against the defendants, Showboat Properties LLC, Premier Lite Tower LLC, ACSB Restaurant LLC and Bart Blatstein in the sum of $1,600,000.00.

BY THE COURT:

ATTEST:

 s/Nicole Durso
Deputy Clerk