IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACSB ENTERTAINMENT LLC, and ACSB HOSPITALITY LLC,<br><br>Plaintiffs<br><br>v.<br><br>SHOWBOAT PROPERTIES LLC, PREMIER LITE TOWER LLC, BART BLATSTEIN, and ACSB RESTAURANT LLC,<br><br>Defendants. | Civil Action<br><br>No. 2:25-cv-0760-GJP |

**DEFENDANTS' ERRATA TO REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE CONFESSED JUDGMENT OR, IN THE ALTERNATIVE, OPEN CONFESSED JUDGMENT AND STAY JUDGMENT ENFORCEMENT & COLLECTION ACTIVITIES**
**&**
**TO STAY JUDGMENT ENFORCEMENT & COLLECTION ACTIVITIES PENDING DISPOSITION OF MOTION**

The purpose of this Errata is to correct an inadvertent misstatement contained in Defendants' Reply Memorandum and its two supporting Declarations. Specifically, on page seven (7) of the Reply Memorandum, Doc. 21 at p. 12; Paragraph five (5) of the Reply Declaration of John F. Palladino, Esq. ("Palladino Declaration"), Doc. 21-1, ¶5; and Paragraph three (3) of the Declaration of Bart Blatstein ("Blatstein Declaration"), Doc. 21-2, ¶3, Defendants inadvertently stated that on January 6, 2025, Individual Defendant's office and Defendants' counsels' office (the "Offices") were closed for business due to the Martin Luther King, Jr. holiday. In light of this error being brought to Defendants' attention by way of Plaintiffs' Motion for Leave to File Sur-Reply, Doc. 22, it is important that Defendants be afforded the opportunity to correct the record by way of this Errata.

In preparing the Reply Memorandum, Palladino Declaration, and Blatstein Declaration, counsel for Defendants inadvertently stated that the Offices were closed on January 6, 2025, due to the observance of Martin Luther King Jr. Day. This was an unintentional error as Martin Luther King Jr. Day fell on January 20, 2025, which is discussed in the Memorandum submitted with the Motion. Doc. 17 at p. 28. The mistake arose due to the undersigned's inadvertent conflation of facts, for which the undersigned sincerely apologizes to the Court.

The Offices were closed on January 6, 2025, due to a snowstorm, and FedEx service was attempted at Individual Defendant's office prior to its normal business hours. Revised declarations correcting the error are submitted with this Notice as Exhibits A (Revised Reply Palladino Declaration ) and B (Revised Blatstein Declaration). <u>See</u> Revised Reply Palladino Declaration – Exhibit A at ¶5; Revised Blatstein Declaration – Exhibit B at ¶¶ 3-4.

          Respectfully submitted,

          HANKIN PALLADINO WEINTROB
          BELL & LABOV, P.C.

          /s/ *Evan M. Labov*
          Evan M. Labov, Esq.
          Attorney ID: 313916
          30 South New York Avenue
          Atlantic City, NJ 08401
          (609) 344-5161
          evan@hpattorneys.com
          *Attorneys for Defendants*

Dated: May 19, 2025

EXHIBIT A TO ERRATA

REVISED REPLY DECLARATION OF

JOHN F. PALLADINO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACSB ENTERTAINMENT LLC, and ACSB HOSPITALITY LLC, <br><br> Plaintiffs <br><br> v. <br><br> SHOWBOAT PROPERTIES LLC, PREMIER LITE TOWER LLC, BART BLATSTEIN, and ACSB RESTAURANT LLC, <br><br> Defendants. | Civil Action <br><br> No. 2:25-cv-0760-GJP |

## REVISED REPLY DECLARATION

I, John F. Palladino, an attorney duly admitted to practice law in the Commonwealth of Pennsylvania and before this Court, hereby declare under penalties of perjury as follows:

1. I am a partner in the law firm Hankin Palladino Weintrob Bell & Labov, attorneys for Defendants in the above-captioned action. I am authorized to submit this Reply Declaration on behalf of Defendants. The statements made herein are upon my personal knowledge.

2. Doc 20-2 at p.5 is an email I wrote to counsel for Plaintiffs regarding the Defendants' January 2025 cure payment. It was my understanding at the time that Plaintiffs believed the cure deadline to be January 18, 2025. My reference to that date in the email is a reference to that understanding. The purpose of the email was to explain why, at the time, I believed the cure deadline to be January 21, 2025, the day after the Martin Luther King, Jr. holiday.

3. At the time the email was sent, there was no litigation or arbitration on-going between Defendants and Plaintiffs.

4. It was not until after Plaintiffs filed their Complaint in this matter on February 12, 2025, that I came to understand that their intended email notice on January 3, 2025, was a nullity

due to Plaintiffs failure to properly comply with the "overnight" notice provision. It has since been my, and Defendants', position that notice was not effective until January 7, 2025, when the FedEx's were received by me and Defendants, making the cure date January 22, 2025.

     5.     At the time of the January 6, 2025, attempted delivery, my office at 30 S. New York Avenue, Atlantic City, New Jersey, was closed for business due to inclement weather, specifically a snowstorm.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 16, 2025

/s/
John F. Palladino, Esq.
Attorney ID: 323870
30 South New York Avenue
Atlantic City, NJ 08401
(609) 344-5161
john@hpattorneys.com

EXHIBIT B TO ERRATA

REVISED DECLARATION OF BART BLATSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACSB ENTERTAINMENT LLC, and ACSB HOSPITALITY LLC,<br><br>                               Plaintiffs<br><br>v.<br><br>SHOWBOAT PROPERTIES LLC, PREMIER LITE TOWER LLC, BART BLATSTEIN, and ACSB RESTAURANT LLC,<br><br>                               Defendants. | Civil Action<br><br>No. 2:25-cv-0760-GJP |

## REVISED DECLARATION

I, Bart Blatstein, an adult individual, hereby declare under penalties of perjury as follows:

1.      I am a Defendant in the above-captioned action and an authorized representative of the other named Defendants. I am authorized to submit this Declaration on behalf of Defendants. The statements made herein are upon my personal knowledge.

2.      The Settlement Agreement requires Plaintiffs to provide notice to Defendants at 1520 Locust Street, Suite 300, Philadelphia, Pennsylvania. Doc. 1 at p.40, ¶6.05. That is the address of my office.

3.      My office opens for business at 9:00 a.m. each business day.

4.      At the time of FedEx's attempted delivery on January 6, 2025, my office was closed due to the time and also due to inclement weather, specifically a snowstorm.

*I declare under penalty of perjury that the foregoing is true and correct.*

                                                                       Signed by:

                                                                       Bart Blatstein

Dated: May 16, 2025