IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACSB ENTERTAINMENT LLC, and ACSB HOSPITALITY LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SHOWBOAT PROPERTIES LLC, PREMIER LITE TOWER LLC, BART BLATSTEIN, and ACSB RESTAURANT LLC, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 25-760 |

## ORDER

**AND NOW**, this 15th day of October, 2025, the Motion to Strike Confessed Judgment or, in the Alternative, Open Confessed Judgment filed by Defendants (Dkt. No. 17) is **DENIED**. The Stay on Judgment Enforcement and Collection Activities (Dkt. No. 19) is **LIFTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.